Electronically Filed
Kahalah A. Clay
Circuit Clerk
JAMIE DUNLEAVY
20L0276
St. Clair County
4/3/2020 10:22 AM
9013943

IN THE CIRUIT COURT
TWENIETH JUDICIAL CIRUIT
ST. CLAIR COUNTY

ANNIE WILLIAMS )
    PLAINTIFF )
)
)   **20L0276**
) NO.
VS. )
)
)
CAJUN OPERATING COMPANY )
CAJUN OPERATING COMPANY D/B/A )
CHURCH'S CHICKEN )
CHURCH'S CHICKEN )
    DEFENDANTS )

**COMPLAINT**
Count I

COMES NOW the Plaintiff Annie Williams by and through her attorney Gary A. Mack and for Count I of her cause of action against the Defendant Cajun Operating Company states to the Court as follows:

1. That on or about February 14, 2019 the Plaintiff Annie Williams is and was at all times mentioned herein, a resident of St. Clair County and the State of Illinois.

2. That on or about February 14, 2019 the Plaintiff Annie Williams was an invited guest at the Defendant Cajun Operating Company premises located at 4525 North Belt West 50 in the City of Belleville, County of St. Clair, State of Illinois.

3. That on or about February 14, 2019 the Defendant Cajun Operating Company owed and/or maintained a retail store located at 4525 North Belt West in the City of Belleville, County of St. Clair, State of Illinois.

4. That at the time and place aforesaid, the Defendant Cajun Operating Company was and

EXHIBIT A

is a foreign corporation licensed to do business in the state of Illinois. The Defendant Cajun Operating Company is doing and conducting business in the county of St. Clair, Illinois.

5. That at the aforementioned time and place the Plaintiff Annie Williams was lawfully on the premises of the Defendant Cajun Operating Company and was an invited guest on said premises.

6. That at the aforesaid time and place the Plaintiff Annie Williams was present and using the female restroom.

7. That at the time and place aforesaid the Defendant Cajun Operating Company through its agents, servants and employees, was guilty of one some or all of the following negligent acts and/or omissions:
   A. Negligently and carelessly maintained a sink in the female restroom on the Defendant's premises.
   B. Negligently and carelessly failed to warn the Plaintiff Annie Williams that she was being directed to a dangerous location.
   C. Negligently and carelessly failed to post any warning signs at or near the sink located in the female restroom.
   D. Negligently and carelessly allowed a sink in the female restroom to fall and strike the Plaintiff.

8. That at the time and place aforesaid the agents, servants and employees of the Defendant Cajun Operating Company were acting within the course and scope of their employment.

9. That at all times relevant herein the Defendant Cajun Operating Company had a duty to maintain their premises in a safe and reasonable condition which included but not limited to not to allow a sink to fall and strike its patrons and more particully the Plaintiff.

10. That as a direct and proximate result of one, some or all of the aforementioned negligent act and/or omissions the Plaintiff Annie Williams was caused to be hit by falling sink causing her to injure her left knee and other internal and external organs, the Plaintiff Annie

Williams was required to and did spend divers sums on hospitals and physicians in curing herself and will in the future be required to spend divers sums on hospitals and physicians in curing herself, the Plaintiff Annie Williams sustained great pain and mental anguish, and will in the future sustain great pain and mental anguish the Plaintiff Annie Williams has sustained permanent injuries to her left knee and other internal and external organs, the Plaintiff Annie Williams has missed numerous working days and will in the future miss numerous working days, all to her permanent detriment in the sum in the excess of $50,000.00 dollars, plus costs of the suit.

WHEREFORE, for all the aforementioned reasons, the Plaintiff Annie Williams prays for a judgment against the Defendant Cajuan Operating Company in a sum in the excess of $50,000.00 dollars plus, cost of this suit and for any other matters the Court deems just and equitable.

Law Offices of Gary A. Mack P.C.
By/s/Gary A. Mack
Gary A. Mack #6205039
10 South Jackson Street
Suite 300A
Belleville, Illinois 62220
618-236-2760-phone
618-767-6871-fax
Gmack37054@aol.com
Attorney for the Plaintiff

### Count II

COMES NOW the Plaintiff Annie Williams by and through her attorney Gary A. Mack and for Count II of her cause of action against the Defendant Cajun Operating Company d/b/a Church's Chicken states to the Court as follows:

1. That on or about February 14, 2019 the Plaintiff Annie Williams is and was at all times

mentioned herein, a resident of St. Clair County and the state of Illinois.

2. That on or about February 14, 2019 the Plaintiff Annie Williams was an invited guest at the Defendant Cajun Operating Company d/b/a Church's Chicken the premises located at 4525 North Belt West 50 in the city of Belleville, county of St. Clair, state of Illinois.

3. That on or about February 14, 2019 the Defendant Cajun Operating Company d/b/a Church's Chicken owed and/or maintained a retail store located at 4525 North Belt West in the City of Belleville County of St. Clair, State of Illinois.

4. That at the time and place aforesaid, the Defendant Cajun Operating Company d/b/a Church's Chicken was and is a foreign corporation licensed to do business in the State of Illinois. The Defendant Cajun Operating Company d/b/a Church's Chicken is doing and conducting business in the County of St. Clair, State of Illinois.

5. That at the aforementioned time and place the Plaintiff Annie Williams was lawfully on the premises of the Defendant Cajun Operating Company d/b/a Church's Chicken and was an invited guest on said premises.

6. That at the aforesaid time and place the Plaintiff Annie Williams was present and using the female restroom.

7. That at the time and place aforesaid the Defendant Cajun Operating Company d/b/a Church's Chicken through its agents, servants and employees, was guilty of one some or all of the following negligent acts and/or omissions:
    A. Negligently and carelessly maintained a sink in the female restroom on the Defendant's premises.
    B. Negligently and carelessly failed to warn the Plaintiff Annie Williams that she was being directed to a dangerous location.
    C. Negligently and carelessly failed to post any warning signs at or near the sink located in the female restroom.
    D. Negligently and carelessly allowed a sink in the female restroom to fall and strike the Plaintiff.

8. That at the time and place aforesaid the agents, servants and employees of the Defendant Cajun Operating Company d/b/a Church's Chicken were acting within the course and scope of their employment.

9. That at all times relevant herein the Defendant Cajun Operating Company d/b/a Church's Chicken had a duty to maintain their premises in a safe and reasonable condition which included but not limited to not to allow a sink to fall and strike its patrons and more particularly the Plaintiff.

10. That as a direct and proximate result of one, some or all of the aforementioned negligent act and/or omissions the Plaintiff Annie Williams was caused to be hit by falling sink causing her to injure her left knee and other internal and external organs, the Plaintiff Annie Williams was required to and did spend divers sums on hospitals and physicians in curing herself and will in the future be required to spend divers sums on hospitals and physicians in curing herself, the Plaintiff Annie Williams sustained great pain and mental anguish, and will in the future sustain great pain and mental anguish the Plaintiff Annie Williams has sustained permanent injuries to her left knee and other internal and external organs, the Plaintiff Annie Williams has missed numerous working days and will in the future miss numerous working days, all to her permanent detriment in the sum in the excess of $50,000.00 dollars, plus costs of the suit.

WHEREFORE, for all the aforementioned reasons, the Plaintiff Annie Williams prays for a judgment against the Defendant Cajun Operating Company d/b/a Church's Chicken in a sum in the excess of $50,000.00 dollars plus, cost of this suit and for any other matters the Court deems just and equitable.

Law Offices of Gary A. Mack P.C.
By/s/Gary A. Mack
Gary A. Mack #6205039
10 South Jackson Street
Suite 300A
Belleville, Illinois 62220
618-236-2760-phone
618-767-6871-fax
Gmack37054@aol.com
Attorney for the Plaintiff

### Count III

COMES NOW the Plaintiff Annie Williams by and through her attorney Gary A. Mack and for Count I of her cause of action against the Defendant Church's Chicken states to the Court as follows:

1. That on or about February 14, 2019 the Plaintiff Annie Williams is and was at all times mentioned herein, a resident of St. Clair County and the state of Illinois.

2. That on or about February 14, 2019 the Plaintiff Annie Williams was an invited guest at the Defendant Church's Chicken the premises located at 4525 North Belt West 50 in the city of Belleville, county of St. Clair, state of Illinois.

3. That on or about February 14, 2019 the Defendant Church's Chicken owed and/or maintained a retail store located at 4525 North Belt West in the City of Belleville County of St. Clair, State of Illinois.

4. That at the time and place aforesaid, the Defendant Church's Chicken was and is a foreign corporation licensed to do business in the State of Illinois. The Defendant Church's Chicken is doing and conducting business in the county of St. Clair, Illinois.

5. That at the aforementioned time and place the Plaintiff Annie Williams was lawfully on the premises of the Defendant Church's Chicken and was an invited

guest on said premises.

6. That at the aforesaid time and place the Plaintiff Annie Williams was present and using the female restroom.

7. That at the time and place aforesaid the Defendant Church's Chicken through its agents, servants and employees, was guilty of one some or all of the following negligent acts and/or omissions:

    A. Negligently and carelessly maintained a sink in the female restroom on the Defendant's premises.
    B. Negligently and carelessly failed to warn the Plaintiff Annie Williams that she was being directed to a dangerous location.
    C. Negligently and carelessly failed to post any warning signs at or near the sink located in the female restroom.
    D. Negligently and carelessly allowed a sink in the female restroom to fall and strike the Plaintiff.

8. That at the time and place aforesaid the agents, servants and employees of the Defendant Church's Chicken were acting within the course and scope of their employment.

9. That at all times relevant herein the Defendant Church's Chicken had a duty to maintain their premises in a safe and reasonable condition which included but not limited to not to allow a sink to fall and strike its patrons.

10. That as a direct and proximate result of one, some or all of the aforementioned negligent act and/or omissions the Plaintiff Annie Williams was caused to be hit by falling sink causing her to injure her left knee and other internal and external organs, the Plaintiff Annie Williams was required to and did spend divers sums on hospitals and physicians in curing herself and will in the future be required to spend divers sums on hospitals and physicians in curing herself, the Plaintiff Annie Williams sustained great pain and mental anguish, and will in the future sustain great pain and mental anguish the Plaintiff Annie Williams has sustained permanent injuries to her left knee and other internal and external organs, the Plaintiff Annie

Williams has missed numerous working days and will in the future miss numerous working days, all to her permanent detriment in the sum in the excess of $50,000.00 dollars, plus costs of the suit.

WHEREFORE, for all the aforementioned reasons, the Plaintiff Annie Williams prays for a judgment against the Defendant Church's Chicken in a sum in the excess of $50,000.00 dollars plus, cost of this suit and for any other matters the Court deems just and equitable.

Law Offices of Gary A. Mack P.C.
By/s/Gary A. Mack
Gary A. Mack #6205039
10 South Jackson Street
Suite 300A
Belleville, Illinois 62220
618-236-2760-phone
618-767-6871
Gmack37054@aol.com
Attorney for the Plaintiff

Electronically Filed
Kahalah A. Clay
Circuit Clerk
JAMIE DUNLEAVY
20L0276
St. Clair County
4/3/2020 10:22 AM
9013943

IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| ANNIE WILLIAMS | ) |
| PLAINTIFF | ) |
| VS | ) NO. 20L0276 |
| CAJUN OPERATING COMPANY ET AL DEFENDANTS | ) |

## AFFIDAVIT

This Affidavit is made pursuant to Supreme Court Rule 222(b). Under the penalties of perjury as provided by Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the money damages sought by the Plaintiff herein does exceed $50,000.00.

Law Offices Gary A. Mack P.C.
By /s/ Gary A. Mack
Gary A. Mack #6205039
10 South Jackson Street
Suite 300A
Belleville, Illinois 62220
618-236-2760-phone
618-767-6871-fax
Attorney for the Plaintiff